IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ESMERALDO DELGADO PACHECO

Bkrtcy. No. 11-06810-BKT
Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Aug 12, 2011 | Meeting Date: Sep 21, 2011 | DC Track No. 14 |
| Days from petition date: 40 | Meeting Time: 11:00 AM | |
| 910 Days before Petition: 2/13/2009 | ☐ Chapter 13 Plan Date: Sep 15, 2011 Dkt.#10 ☐ Amended. | |
| This is debtor(s) 1st Bankruptcy petition. | Plan Base: $21,370.00 | |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Nov 04, 2011  Time: 2:30 PM | |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:  Ck/MO No. — Date — Amount — Total Paid In: $0.00

**I. Appearances:** ☐ Telephone ☐ Video Conference  ☐ Creditor(s) present:  ☒ None.
- ☒ Debtor Present  ☒ ID & Soc. OK  ☐ Debtor Absent
- ☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney: Ade Henriquez, Esq.  ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**  Attorney of record: MARILYN VALDES ORTEGA*
Total Agreed: $3,000.00  Paid Pre-Petition: $155.00  Outstanding: $2,845.00 THROUGH THE PLAN

**III.** Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.  Liquidation Value: 0
- Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0
- The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ③② ☒ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
- ① ☒ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

① Submit evidence of being current in DSO post petition payment.

② Submit evidence of salary received in February 2011

③ Plan must include a step up payment after retirement / loan maturity date.

/s/ José R. Carrión
Trustee                 Presiding Officer                 Page 1 of 2                 Date: Sep 21, 2011

**ADDITIONAL OBJECTIONS / COMMENTS:**

Retirement loans matures on September 30, 2012. If Debtor returns to works, he must inform to Court, and amend Schedule I accordingly. Debtor is currently receiving benefits from the State Insurance Fund.